**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JERRIAL NORMAND,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO.  2:18-CV-00522-JRG** |
| § | |
| **SANDBOX TRANSPORTATION, LLC,** § | |
| § | |
| **Defendant.** § | |
| § | |

## ORDER

Before the Court is Plaintiff Jerrial Normand and Defendant Sandbox Transportation, LLC's (collectively, the "Parties") Joint Motion to Approve Settlement Agreement (the "Motion"). (Dkt. No. 13.)  The Parties have settled all issues raised in this case and have reduced their settlement into a written agreement (the "Settlement Agreement").  The Parties represent that the "Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over overtime waged owed."  (*Id.* at 3.)  The Parties move the Court for an order that approves the Settlement Agreement and dismisses with prejudice Plaintiff's claims against Defendant in the above-captioned case.

Having considered the Motion and the Parties' Settlement Agreement, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.  The Court hereby **APPROVES** the Settlement Agreement.  It is further **ORDERED** that all claims asserted by and between the Parties in Case No. 2:18-cv-00522-JRG are **DISMISSED WITH PREJUDICE**.  Each Party shall bear its own costs and expenses.

**So ORDERED and SIGNED this 29th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE